UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Daniel R. and Afshan Woodrich, | ) | Case No. 11-40989 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: January 31, 2013 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:             Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to:      Estate

Date of Order Authorizing
Employment:                    October 9, 2011

Period for Which
Compensation is sought:        October 12, 2011 to Close of Case

Amount of Fees sought:         $1,250.00

Amount of Expense
Reimbursement sought:          $0.00

This is an:    Interim Application __        Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: <u>N/A</u> .

Dated: November 14, 2012                    Joseph A. Baldi, Trustee of the Estate of
                                            Daniel R. and Afshan Woodrich, Debtors

                                            By: ___/s/Joseph A. Baldi, Trustee___
                                                Joseph A. Baldi, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Daniel R. and Afshan Woodrich, | ) | Case No. 11-40989 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: January 31, 2013 |
| | ) | Hearing Time: 10:30 A.M. |

**First and Final Application for Allowance and Payment of
Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Daniel R. and Afshan Woodrich ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,250.00 as final compensation for services rendered as trustee in this case from October 12, 2011 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. Debtors commenced this case on October 9, 2011 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's assets consisted of the Debtors' interest in two automobiles ("Vehicles").

4. The bar date for filing claims in this case was April 9, 2012.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.  Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

### Services Rendered by Trustee

7.  Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

   A.  Trustee reviewed the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs. Trustee conducted an examination of the Debtors pursuant Section 341 of the Code.

   B.  Trustee negotiated with the Debtors for a sale to the Debtors of the Estate's interest in the Vehicles; upon receiving an acceptable offer, Trustee directed his attorneys to prepare and present a Motion to Sell the Vehicles to the Debtors; pursuant to this Court's order dated March 15, 2012, the Trustee recovered gross proceeds in the amount of $5,000.00 on account of the equity in the Vehicles;

   C.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

   D.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

   E.  Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

   F.  Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

## Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $5,000.00 on behalf of the Estate. Trustee has made $0.97 in disbursements in this case as of the date hereof.

9. Copies of the *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to hereto the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

## Compensation Requested

10. During the period covered by this Application, Trustee has spent 6.90 hours rendering services on behalf of this Estate with a value of $1,450.00. Trustee estimates that he will spend an additional four hours rendering services with a value of $1,035.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above is $1,250.00 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | <u>$1,250.00</u> |
| Total allowable compensation | $1,250.00 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a distribution to general unsecured creditors. Trustee does not anticipate that there will be a surplus of funds to be returned to the Debtors.

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through the closing of this case in the amount of $1,250.00. This amount represents reasonable compensation for the services

3

rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

### Status of the Case

15. The Trustee has liquidated or sought to abandon at closing all of the assets of the Estate and has completed his review and analysis of the claims filed against the Estate.

16. Trustee has completed and filed his Final Report simultaneously herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Daniel R. and Afshan Woodrich requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $1,250.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from October 12, 2011 through the closing of this case;

B. Authorizing Trustee to make a distribution of the monies awarded above as part of his final distribution in this case, and

C. For such other and further relief as this Court deems appropriate.

Dated: November 14, 2012                Joseph A. Baldi, as trustee of the estate of
                                        Daniel R. and Afshan Woodrich, debtors


                                        By:____/s/_____
                                              Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
19 S. LaSalle St.   Suite 1500
Chicago, IL  60603
(312) 726-8150

4

Case 11-40989    Doc 38    Filed 12/19/12    Entered 12/19/12 12:03:23    Desc Main
                          Document      Page 6 of 11

Trustee's Final Fee Application    Daniel R. and Afshan Woodrich, Debtors
                                   Case No. 11-40989

Trustee's Itemized Billing Statements

Exhibit A

# Baldi Berg & Wallace, Ltd.
## 19 S. LaSalle Street
## Suite 1500
## Chicago, IL 60603

**Phone:** (312) 726-8150
**Fax:** (312) 726-5067

**FEIN:** 36-4352753

**Invoice submitted to:**

November 12, 2012
Invoice No:   02121

Joseph A. Baldi, Trustee
Baldi Berg & Wallace, Ltd
19 S. LaSalle St., Suite 1500
Chicago, IL 60603

**In Reference to:**   *Woodrich, Daniel & Afshan - Trustee Admin.*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/18/2012 | JMM | Obtain EIN from IRS (.1), Request New Bank Account from Congressional (.1), Open new bank account (.1), Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.50<br>$85.00/ hr | $42.50 |
| 1/26/2012 | JAB | Review file, update for annual reports | 0.30<br>$450.00/ hr | $135.00 |
| 2/06/2012 | RKP | Review bond invoice, allocate premium per Estate based upon funds on hand, prepare distribution check | 0.10<br>$195.00/ hr | $19.50 |
| 2/10/2012 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 3/07/2012 | JAB | Review February 2012 Bank Statement & Approve Bank Reconciliation | 0.10<br>$450.00/ hr | $45.00 |
| 3/12/2012 | RKP | Review February 2012 Bank Statement (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 4/12/2012 | JMM | Review March 2012 Bank Statement (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |

**Baldi Berg & Wallace, Ltd**                                                                 11/10/2012

Woodrich, Daniel & Afshan - Trustee Admin.                                        Page    2

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/17/2012 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 4/21/2012 | JAB | Review March 2012 Bank Statement & Approve Bank Reconciliation | 0.10<br>$450.00/ hr | $45.00 |
| 5/08/2012 | JAB | Review April 2012 Bank Statement & Approve Bank Reconciliation | 0.10<br>$450.00/ hr | $45.00 |
| 5/08/2012 | JMM | Review April 2012 Bank Statement (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 6/11/2012 | JAB | Review May 2012 Bank Statement & Approve Bank Reconciliation | 0.10<br>$450.00/ hr | $45.00 |
| 6/11/2012 | JMM | Review May 2012 Bank Statement (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 7/11/2012 | JAB | Review June 2012 Bank Statement & Approve Bank Reconciliation | 0.10<br>$450.00/ hr | $45.00 |
| 7/11/2012 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 7/11/2012 | JMM | Review June 2012 Bank Statement (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 8/07/2012 | JMM | Process June 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 8/27/2012 | JMM | Process July 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |

**Baldi Berg & Wallace, Ltd**                                   11/10/2012

Woodrich, Daniel & Afshan - Trustee Admin.                      Page    3

---

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 9/27/2012 | JMM | Process August 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/05/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 11/11/2012 | RKP | Draft Trustee fee app (1.0); proposed order, coversheet, and affidavit (.3); review file for information needed to prepare TFR (.3); update system information with required information for TFR, NFR and related (.3); draft TFR (.8); draft NFR (.3); review and edit same (.3). | 2.50<br>$200.00/ hr | $500.00 |
| 11/12/2012 | JAB | Review, edit and execute TFR and fee applications. | 0.60<br>$450.00/ hr | $270.00 |

|  |  |
|---|---|
| Total Fees | $1,450.00 |
| Total New Charges | $1,450.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,450.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 1.40 | $450.00 |
| Jason M Manola | 1.90 | $85.00 |
| Jason M Manola | 0.80 | $125.00 |
| Ricki K Podorovsky | 0.30 | $195.00 |
| Ricki K Podorovsky | 2.50 | $200.00 |

**Trustee's Final Fee Application**               **Daniel R. and Afshan Woodrich, Debtors**
                                                           **Case No. 11-40989**

















**Rule 2016 Affidavit**


















**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Daniel R. and Afshan Woodrich, | ) | Case No. 11-40989 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg & Wallace, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on November 19, 2012

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**