# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                     §
                                           §
WOODRICH, DANIEL ROBERT                    §     Case No. 11-40989
WOODRICH, AFSHAN                           §
                                           §
                                           §
         Debtor(s)                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   
   10:30 a.m.
   on January 31, 2013
   in Courtroom 682, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL
   
   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Kenneth S. Gardner_____
                                            Clerk of the US Bankruptcy Court


*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*


UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
WOODRICH, DANIEL ROBERT § Case No. 11-40989
WOODRICH, AFSHAN §
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 0.97 |
| leaving a balance on hand of[1] | $ | 4,999.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 1,108.50 | $ 0.00 | $ 1,108.50 |
| Other: International Sureties | $ 0.97 | $ 0.97 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,358.50 |
| Remaining Balance | | $ | 2,640.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,266.41  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 13,758.75 | $ 0.00 | $ 785.24 |
| 000002 | Chase Bank USA, N.A. | $ 15,056.17 | $ 0.00 | $ 859.29 |
| 000003 | FIA CARD SERVICES, N.A. | $ 14,826.10 | $ 0.00 | $ 846.16 |
| 000004 | Capital One Bank (USA), N.A. | $ 2,625.39 | $ 0.00 | $ 149.84 |

Total to be paid to timely general unsecured creditors       $         2,640.53

Remaining Balance                                            $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/ Joseph A. Baldi
                                    Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                    Case No. 11-40989-JBS
Daniel Robert Woodrich                                    Chapter 7
Afshan Woodrich
        Debtors
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte             Page 1 of 2              Date Rcvd: Dec 20, 2012
                              Form ID: pdf006            Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2012.
db/jdb       Daniel Robert Woodrich,    Afshan Woodrich,    714 Hanbury Drive,    Des Plaines, IL  60016-1567
17900522     American Express,    PO Box 17309,    Baltimore, MD 21297-1309
17900524    +BAC Home Loans Servicing,    c/o Pierce and Associates, P.C.,    1 North Dearborn, Suite 1300,
              Chicago, IL 60602-4321
17900523    +BAC Home Loans Servicing,    7105 Corporate Drive,    Plano, TX 75024-4100
17900527     Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
17900525     Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
17900529     Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
17900528     Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
18454665     Capital One Bank (USA), N.A.,    American InfoSource LP,    PO Box 71083,
              Charlotte, NC  28272-1083
18402428     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17900531     Chase Mastercard,    PO Box 15153,    Wilmington, DE 19886-5153
17900532     Chase Visa,    PO Box 15153,    Wilmington, DE 19886-5153
17900533    +Concord Commons Condo Assoc,    c/o Property Specialists Inc.,    5999 S. New Wilke Road, Suite 108,
              Rolling Meadows, IL 60008-4501
17900534    +Concord Commons Condominium Assoc,    c/o Brian Meltzer,    1515 E. Woodfield Rd. 2nd Fl,
              Schaumburg, IL 60173-5431
18442052     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17900530      E-mail/Text: bk.notifications@jpmchase.com Dec 21 2012 00:56:24     Chase,   PO Box 901076,
              Fort Worth, TX 76101-2076
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17900526     ##Bank of America,    Attn: Billing Inquiries,    PO Box 15026,   Wilmington, DE 19850-5026
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte            Page 2 of 2              Date Rcvd: Dec 20, 2012
                              Form ID: pdf006           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2012 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jabaldi@ameritech.net;jmanola@baldiberg.com
        Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Michael C Whelan    on behalf of Joint Debtor Afshan   Woodrich mcwhelanlaw@yahoo.com
        Michael C Whelan    on behalf of Debtor Daniel Robert Woodrich mcwhelanlaw@yahoo.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Toni  Dillon    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 8