UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| WOODRICH, DANIEL ROBERT | § | Case No. 11-40989 |
| WOODRICH, AFSHAN | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/Joseph A. Baldi, Trustee_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loans Servicing 7105 Corporate Drive Plano, TX 75024 |  |  |  |  |  |
|  | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 901076 Fort Worth, TX 76101-2076 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 17309 Baltimore, MD 21297-1309 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - WOODRICH

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-40989 | JBS | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | WOODRICH, DANIEL ROBERT | | | Date Filed (f) or Converted (c): | 10/09/11 (f) |
| | WOODRICH, AFSHAN | | | 341(a) Meeting Date: | 11/10/11 |
| For Period Ending: | 03/18/13 | | | Claims Bar Date: | 04/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 714 Hanbury Drive, Unit 2-4, Des Plaines, Illinois | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. Fifth Third checking | 419.00 | 0.00 | | 0.00 | FA |
| 4. World Equity Group Inc. account | 1,203.12 | 0.00 | | 0.00 | FA |
| 5. TCF Bank checking account | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Fifth Third Bank savings | 0.64 | 0.00 | | 0.00 | FA |
| 7. Fifth Third Bank savings | 0.24 | 0.00 | | 0.00 | FA |
| 8. Contents of 3 bedroom home Location: 714 Hanbury D | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. personal photographs Location: 714 Hanbury Drive, | 0.00 | 0.00 | | 0.00 | FA |
| 10. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 11. clothing | 500.00 | 0.00 | | 0.00 | FA |
| 12. wedding band, wristwatch | 300.00 | 0.00 | | 0.00 | FA |
| 13. wedding band, engagement ring, earrings, bracelet | 800.00 | 0.00 | | 0.00 | FA |
| 14. World Equity Group Inc. individual retirement acco | 1,422.86 | 0.00 | | 0.00 | FA |
| 15. Advocate Pension and Retirement Savings Plans | 53,513.16 | 0.00 | | 0.00 | FA |
| 16. 100 percent ownership of Superior Business Corp. C | 0.00 | 0.00 | | 0.00 | FA |
| 17. W was defrauded out of $10,000 by Amjed Mahmood. | 0.00 | 0.00 | | 0.00 | FA |
| 18. Walmart | 200.00 | 0.00 | | 0.00 | FA |
| 19. Software purchased by debtor-husband for use in hi | 1,000.00 | 0.00 | | 0.00 | FA |
| 20. 2007 Nissan Quest | 13,000.00 | 2,500.00 | | 2,500.00 | FA |
| 21. 2002 Hyundai Sonata | 2,500.00 | 2,500.00 | | 2,500.00 | FA |
| 22. two computers, printer monitor | 200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $279,799.02          $5,000.00                    $5,000.00          $0.00

(Total Dollar Amount in Column 6)

LFORM1

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

FORM 1 - WOODRICH

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-40989    JBS    Judge: Jack B. Schmetterer | Trustee Name:    Joseph A. Baldi, Trustee |
| Case Name: | WOODRICH, DANIEL ROBERT | Date Filed (f) or Converted (c):    10/09/11 (f) |
| | WOODRICH, AFSHAN | 341(a) Meeting Date:    11/10/11 |
| | | Claims Bar Date:    04/09/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated with the Debtor's to purchase the equity in the vehicles; Sale of equity in vehicles approved by
Court on 3/15/12; reviewed claims filed

Initial Projected Date of Final Report (TFR): 09/30/12      Current Projected Date of Final Report (TFR): 09/30/12

/s/    Joseph A. Baldi, Trustee
_____    Date: 03/18/13
JOSEPH A. BALDI, TRUSTEE

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-40989 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | WOODRICH, DANIEL ROBERT | | Bank Name: | Congressional Bank |
| | WOODRICH, AFSHAN | | Account Number / CD #: | *******4166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3333 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | 20 | DANIEL R. WOODRICH<br>714 Hanbury Drive<br>Des Plaines, IL 60016 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,250.00 | | 1,250.00 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 0.97 | 1,249.03 |
| 02/10/12 | 21 | DANIEL R. WOODRICH<br>714 Hanbury Drive<br>Des Plaines, IL 60016 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,250.00 | | 2,499.03 |
| 03/19/12 | 20 | DANIEL R. WOODRICH<br>714 Hanbury Drive<br>Des Plaines, IL 60016 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,250.00 | | 3,749.03 |
| 04/17/12 | 21 | DANIEL R. WOODRICH<br>714 Hanbury Drive<br>Des Plaines, IL 60016 | SALE PROCEEDS: VEHICLES | 1129-000 | 1,250.00 | | 4,999.03 |
| 02/01/13 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,250.00 | 3,749.03 |
| 02/01/13 | 001003 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,108.50 | 2,640.53 |
| 02/01/13 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 5.70720% | 7100-900 | | 785.24 | 1,855.29 |
| 02/01/13 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 5.70723% | 7100-900 | | 859.29 | 996.00 |

Page Subtotals   5,000.00   4,004.00

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-40989 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | WOODRICH, DANIEL ROBERT | | Bank Name: | Congressional Bank |
| | WOODRICH, AFSHAN | | Account Number / CD #: | *******4166 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3333 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/13 | 001006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 5.70723% | 7100-900 | | 846.16 | 149.84 |
| 02/01/13 | 001007 | Capital One Bank (USA), N.A.<br>American InfoSource LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 5.70734% | 7100-900 | | 149.84 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********4166 | 5,000.00 | 5,000.00 | 0.00 |
| | 5,000.00 | 5,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 996.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*